```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01242
   MICHAEL A CARRILLO
   OLGA O CARRILLO                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-2839    SSN XXX-XX-2086

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/24/07 and confirmed on 06/08/07.

     2.  The case was dismissed after confirmation, 09/05/2008.

     3.  The Debtor paid a total of $  11648.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00            .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE     8978.11            .00        8978.11
*GMAC                      UNSECURED         NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED         NOT FILED          .00            .00
HOUSEHOLD FINANCE CORP     UNSECURED         NOT FILED          .00            .00
KOHLS                      UNSECURED           251.15         15.29          29.72
RMI/MCSI                   UNSECURED         NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          3543.19        221.40         419.36
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8978.11         .00      3794.34        .00      12772.45
PRINCIPAL PAID      8978.11         .00       449.08        .00       9427.19
INTEREST PAID           .00         .00       236.69        .00        236.69
TOTAL PAID          8978.11         .00       685.77        .00       9663.88
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $     484.12 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/16/08                       /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 01242 MICHAEL A CARRILLO & OLGA O CARRILLO